# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS A. BARHAM**<br>910 Farragut Street, NW<br>Washington, D.C. 20011<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530,<br><br>*Defendant.* | Civil Action No.: 1:21-cv-226<br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW, Plaintiff Louis A. Barham ("Plaintiff"), by and through undersigned counsel, and files this Complaint against Defendant the United States of America ("Defendant" or "United States") on the grounds and in the amount set forth as follows:

## INTRODUCTION

This action for personal injuries arises out of a motor vehicle collision caused by Alexander Varaklis, an employee of Defendant and while operating a motor vehicle owned by Defendant, in the District of Columbia on or about March 22, 2019.

Plaintiff files this action against the United States under the Federal Tort Claims Act, 28 U.S.C. § 1346(b) in that Alexander Varaklis ("Mr. Varaklis") is a federal employee and committed the alleged negligent conduct while acting within the scope of his employment with the Federal Bureau of Investigation.

## PARTIES

1. At all times relevant to this action, Plaintiff Louis Barham is an adult resident of the District of Columbia.

2. At all times relevant to this action, Alexander Varaklis was employed by the Federal Bureau of Investigation ("FBI"), an agency within the U.S. Department of Justice ("DOJ"), which is a department of Defendant United States of America.

## JURISDICTION & VENUE

3. Jurisdiction is proper in this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b)(1).

4. The collision that forms the basis of the Complaint occurred in the District of Columbia and venue is grounded in this Court pursuant to 28 U.S.C. § 1391(b).

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. On June 4, 2020, Plaintiff submitted a claim (first via U.S. Mail, and later via facsimile and electronic mail) to the FBI Washington Field Office the for damages in the amount of one million, dollars ($1,000,000.00) based on the subject collision. *See*, Exhibit 1.

6. The FBI Washington Field Office acknowledged receipt (and later the sufficiency) of Plaintiff's submitted claim on July 13, 2020. *See*, Exhibit 2.

7. The FBI Washington Field Office subsequently forwarded Plaintiff's claim to the FBI Washington Field Office – Office of Division Counsel, which was received on or about August 12, 2020. *See* Exhibit 3.

8. As of the date of this filing:

    i. More than six (6) months have passed since Plaintiff filed his claim;

    ii. The FBI has not responded to Plaintiff's claim; and

       iii. This action seeks damages less than or equal to the damages alleged in Plaintiff's June 4, 2020 claim.

9. Accordingly, Plaintiff has exhausted his administrative remedies and satisfied all prerequisites to maintaining this action in accord with 28 U.S.C. § 2675 *et seq.*

## FACTS

10. On or about March 22, 2019, Plaintiff Louis Barham was operating a motor vehicle southbound on Alabama Avenue, SE, at or near its intersection with 22nd Street, SE, in Washington, D.C.

11. On the same date and time, Alexander Varaklis was operating a motor vehicle northbound on Alabama Avenue, SE, at or near its intersection with 22nd Street, SE, in Washington, D.C.

12. Suddenly and without warning, Mr. Varaklis negligently turned his vehicle left into the path of the Plaintiff's vehicle, thereby causing a collision, and further causing the Plaintiff to sustain serious personal injuries and other harms described herein.

13. The Plaintiff neither caused nor contributed to the collision or his injuries.

14. At the time of the aforementioned collision, Mr. Varaklis was employed by the Federal Bureau of Investigation ("FBI"), an agency within the United States Department of Justice, which is a department of Defendant United States of America.

15. At the time of the aforementioned collision, Mr. Varaklis operated Defendant's motor vehicle with Defendant's knowledge and consent and within the scope of her employment with the FBI.

16. Following the collision, Plaintiff received medical treatment from various medical providers in Washington, DC for the injuries directly and proximately caused in the subject motor vehicle collision.

## COUNT I – NEGLIGENCE & VIACARIOUS LIABLITY

17. Plaintiff re-alleges, adopts and incorporates herein by reference all preceding paragraphs as if fully set forth herein.

18. Mr. Varaklis owed Plaintiff a duty of care to responsibly operate his motor vehicle in accordance with District of Columbia law and to avoid colliding with other vehicles.

19. Mr. Varaklis breached his aforesaid duty of care while acting within the scope of her employment and as a federal employee by operating her motor vehicle in a careless and negligent manner, and was further negligent in the following particulars:

(a) Failing to observe other vehicles on the roadway;

(b) Failing to slow or stop the vehicle he was operating so as to avoid a collision;

(c) Failing to maintain and stop the vehicle he was operating within the assured clear distance ahead in violation applicable law;

(d) Failing to apply the brakes to the vehicle he was operating or take other evasive action to avoid the collision;

(e) Failing to maintain adequate control of the vehicle he was operating in order to avoid a collision;

(f) Moving his vehicle when not safe to do so in violation of applicable law;

(g) Operating his vehicle in careless disregard for the safety of persons and/or property in violation of applicable law;

(h) Failing to keep his vehicle under proper and adequate control so as not to expose other users to an unreasonable risk of harm;

(i) Operating his vehicle too fast for the conditions existing at the aforesaid time and place in violation of applicable law;

(j) Failing to keep alert and maintain a proper lookout for the presence of other motor vehicles on the streets and highways;

(k) Exceeding the applicable maximum speed limits in violation of applicable law;

(l)      In operating the vehicle so as to create a dangerous situation for other vehicles on the roadway;

(m)      Failing to stay alert to traffic;

(n)      Failing to keep her eyes on the roadway;

(o)      Failing to yield the right-of-way;

(p)      Failing to maintain proper lane; and

(q)      Otherwise operating his vehicle at an unsafe speed and in a careless and negligent manner.

20.      As a direct and proximate result of Mr. Varaklis' aforesaid breach of his duty of care, Mr. Varaklis struck Plaintiff, thereby causing Plaintiff to suffer personal injuries, pain and suffering, and other pecuniary and non-economic losses.

21.      As a direct and proximate result of Mr. Varaklis' aforesaid breach of his duty of care, Plaintiff incurred medical and related expenses, transportation costs, lost wages, loss of employment opportunity, loss of time and enjoyment from his usual and customary leisure and recreational activities, and other non-economic losses.

22.      At all times relevant to this action, Mr. Varaklis was working as an employee or agent for the Defendant United States. The Defendant is therefore vicariously liable for the aforesaid negligence of Mr. Varaklis and damages to the Plaintiff under the doctrine of *respondeat superior*. Defendant, as the owner of the vehicle operated by Mr. Varaklis, is also responsible for the aforesaid negligence of Mr. Varaklis and damages to the Plaintiff pursuant to D.C. Code § 50-1301.08.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Louis A. Barham demands judgment from and against Defendant United States of America in the amount of ONE MILLION DOLLARS ($1,000,000.00) in compensatory damages, plus interest, costs, and such further relief as the Court may find just and reasonable.

Dated: January 25, 2021

        Respectfully submitted,

        /S/ BRADLEY W. HINES
        Bradley W. Hines, Esq. [1013087]
        SLOCUMB LAW FIRM, LLC
        1225 I Street NW
        Suite 550A
        Washington, D.C. 20005
        Tel: (202) 737-4141
        Fax: (202) 609-9954
        bhines@slocumblaw.com

        *Counsel for Plaintiff*

**EXHIBIT 1**

# Brad Hines

| | |
|---|---|
| **From:** | Brad Hines [bhines@slocumblaw.com] |
| **Sent:** | Thursday, July 2, 2020 5:39 PM |
| **To:** | 'Lichiello, Annamarie (WF) (FBI)' |
| **Cc:** | 'Sadie Porter' |
| **Subject:** | RE: Louis Barham - DOL 3.22.2019 |
| **Attachments:** | Barham Final Demand-142121.pdf; SIGNED FORM 95s.pdf |

These items were previously sent to you via email. I will also send via fax per your letter's instruction. Thank you.

*Bradley W. Hines, Esq.*

***WE HAVE MOVED - PLEASE NOTE OUR NEW ADDRESS AS OF 3/28/2020***

SLOCUMB LAW FIRM, LLC
1225 Eye Street, NW
Suite 550A
Washington, DC 20005
Telephone: (202) 737-4141
Facsimile: (202) 609-9954
E-mail: bhines@slocumblaw.com

---

**From:** Lichiello, Annamarie (WF) (FBI) [mailto:alichiello@fbi.gov]
**Sent:** Thursday, July 2, 2020 4:31 PM
**To:** Brad Hines
**Subject:** RE: Louis Barham - DOL 3.22.2019

Good Evening Mr. Hines,

Please see attached for the SF-95 and guidance on how to submit a claim.

Please do not hesitate to reach out to me should you have questions or concerns.

Thank you for your time,
Anna Lichiello
Paralegal Specialist
Federal Bureau of Investigation- Washington Field Office- Office of Division Counsel
Desk: 202.278.2311

---

**From:** Brad Hines <bhines@slocumblaw.com>
**Sent:** Thursday, June 18, 2020 5:01 PM
**To:** Lichiello, Annamarie (WF) (FBI) <alichiello@fbi.gov>
**Cc:** sporter@slocumblaw.com
**Subject:** Louis Barham - DOL 3.22.2019

Good Afternoon,

Per your request, attached hereto please find a demand package previously submitted by Mr. Barham's prior firm. Please let me know what, if any, additional information or documentation you require in order to properly evaluate this claim. Thank you.

1

*Bradley W. Hines, Esq.*

\*\*\*<u>WE HAVE MOVED</u> - PLEASE NOTE OUR NEW ADDRESS AS OF 3/28/2020\*\*\*

SLOCUMB LAW FIRM, LLC
1225 Eye Street, NW
Suite 550A
Washington, DC  20005
Telephone: (202) 737-4141
Facsimile: (202) 609-9954
E-mail: <u>bhines@slocumblaw.com</u>

# Send Result Report

MFP

TASKalfa 5053ci
Firmware Version  2V8_S000.002.005  2019.12.20



RF79100492
07/07/2020 12:13
[2V8_1000.001.301] [2ND_1100.001.007]

Job No.: 000931          Total Time: 0°17'06"          Page: 045

# Complete

Document:       doc_20200707115214

## Slocumb Law Firm, LLC
Telephone: (202) 737-4141
Fax: (202) 609-9954

July 7, 2020

| | | | |
|---|---|---|---|
| **TO:** | F.B.I.<br>Washington Field Office | **FAX:** | 202-278-2658 |
| **FROM:** | Bradley W. Hines, Esq. | **PAGES:** | 4M plus this cover sheet |
| **Our Client:** | Louis Barham | | |
| **Re:** | DOI 3/22/2019 | | |
| **COMMENTS:** | Signed for 95 with supporting documents | | |

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 07/07/20 11:52 | 12022782658 | 0°17'06" | FAX | OK | 200x200 Fine/On |

1

**EXHIBIT 2**

# Brad Hines

**From:** Lichiello, Annamarie (WF) (FBI) [alichiello@fbi.gov]
**Sent:** Tuesday, July 28, 2020 8:12 AM
**To:** Brad Hines
**Subject:** [EXTERNAL EMAIL] - RE: Louis Barham - DOL 3.22.2019

Good Morning Mr. Hines,

I spoke with Mr. Halliden and what you submitted will suffice. An internal accident investigation is being conducted. I will be sure to reach out should we have further questions or concerns.

I appreciate your time and understanding in this matter,

Anna Lichiello

Paralegal Specialist
Federal Bureau of Investigation- Washington Field Office- Office of Division Counsel
Desk: 202.278.2311
Main line: 202.278.3600


On Jul 28, 2020 8:53 AM, Brad Hines <bhines@slocumblaw.com> wrote:
Good Morning,

I have not heard from you or anyone in your office since the below email was sent. The last time we spoke you indicated that my client's submission was deficient, as it failed to include support for his claim of $1,000,000.00. I explained to you that we have provided documentation supporting the entirety of my client's economic damages, and any difference between those itemized sums and the total claimed amount of relief was for non-economic damages (i.e. – "pain and suffering), which I have no way to support via documentation. Please advise as to whether any issues remain with my client's submission at this time, and I will be happy to work with you to resolve them. I look forward to hearing from you.

Sincerely,

*Bradley W. Hines, Esq.*

***WE HAVE MOVED - PLEASE NOTE OUR NEW ADDRESS AS OF 3/28/2020***

SLOCUMB LAW FIRM, LLC
1225 Eye Street, NW
Suite 550A
Washington, DC 20005
Telephone: (202) 737-4141
Facsimile: (202) 609-9954
E-mail: bhines@slocumblaw.com

---

**From:** Lichiello, Annamarie (WF) (FBI) [mailto:alichiello@fbi.gov]
**Sent:** Monday, July 13, 2020 1:27 PM
**To:** Brad Hines
**Subject:** RE: Louis Barham - DOL 3.22.2019

1

Good afternoon Mr. Hines,

Both Mr. Halliden (Associate Divison Counsel) and myself will be in the office tomorrow afternoon. I will have him look over your submitted claim. If he has any questions or concerns, I will have him reach out to you then.

Thank you for your time,

Anna Lichiello
Paralegal Specialist
Federal Bureau of Investigation- Washington Field Office- Office of Division Counsel
Desk: 202.278.2311

-

On Jul 2, 2020 6:40 PM, Brad Hines <bhines@slocumblaw.com> wrote:
These items were previously sent to you via email. I will also send via fax per your letter's instruction. Thank you.

*Bradley W. Hines, Esq.*

***WE HAVE MOVED - PLEASE NOTE OUR NEW ADDRESS AS OF 3/28/2020***

SLOCUMB LAW FIRM, LLC
1225 Eye Street, NW
Suite 550A
Washington, DC  20005
Telephone: (202) 737-4141
Facsimile: (202) 609-9954
E-mail: bhines@slocumblaw.com

---

**From:** Lichiello, Annamarie (WF) (FBI) [mailto:alichiello@fbi.gov]
**Sent:** Thursday, July 2, 2020 4:31 PM
**To:** Brad Hines
**Subject:** RE: Louis Barham - DOL 3.22.2019

Good Evening Mr. Hines,

Please see attached for the SF-95 and guidance on how to submit a claim.

Please do not hesitate to reach out to me should you have questions or concerns.

Thank you for your time,
Anna Lichiello
Paralegal Specialist
Federal Bureau of Investigation- Washington Field Office- Office of Division Counsel
Desk: 202.278.2311

---

**From:** Brad Hines <bhines@slocumblaw.com>
**Sent:** Thursday, June 18, 2020 5:01 PM
**To:** Lichiello, Annamarie (WF) (FBI) <alichiello@fbi.gov>

2

**Cc:** sporter@slocumblaw.com
**Subject:** Louis Barham - DOL 3.22.2019

Good Afternoon,

Per your request, attached hereto please find a demand package previously submitted by Mr. Barham's prior firm. Please let me know what, if any, additional information or documentation you require in order to properly evaluate this claim. Thank you.

*Bradley W. Hines, Esq.*

\*\*\***WE HAVE MOVED -** PLEASE NOTE OUR NEW ADDRESS AS OF 3/28/2020\*\*\*

SLOCUMB LAW FIRM, LLC
1225 Eye Street, NW
Suite 550A
Washington, DC 20005
Telephone: (202) 737-4141
Facsimile: (202) 609-9954
E-mail: bhines@slocumblaw.com

3

**EXHIBIT 3**

## Brad Hines

**From:** Halliden, Dennis W. (WF) (FBI) [dwhalliden@fbi.gov]
**Sent:** Wednesday, August 12, 2020 12:28 PM
**To:** bhines@slocumblaw.com
**Cc:** Lichiello, Annamarie (WF) (FBI)
**Subject:** FW: [EXTERNAL EMAIL] - RE: Louis Barham - DOL 3.22.2019
**Attachments:** Barham v. Varaklis D.D.C. Removal.pdf; Barham v. Varaklis D.C. Super. Ct. Removal.pdf

Hello Mr. Hines,

I don't believe we know what you're referring to as Mr. Varaklis was a deputized Task Force Officer (TFO) for the FBI at the time of the accident. All of our TFOs are deputized by the United States Marshals Service as Special Deputy US Marshals. Mr. Varaklis' deputation paperwork specifically references his FBI task force assignment from 06/23/2017 to 06/30/2019. Consequently, the date of the accident falls within the period of his deputation.

Please let me know if you have any further questions.

SSA Dennis W. Halliden
Associate Division Counsel
Washington Field Office
202-278-3613 desk
dwhalliden@fbi.gov


**From:** Lichiello, Annamarie (WF) (FBI)
**Sent:** Monday, August 10, 2020 1:48 PM
**To:** Halliden, Dennis W. (WF) (FBI) <dwhalliden@fbi.gov>
**Subject:** FW: [EXTERNAL EMAIL] - RE: Louis Barham - DOL 3.22.2019


**From:** Brad Hines <bhines@slocumblaw.com>
**Sent:** Monday, August 10, 2020 10:56 AM
**To:** Lichiello, Annamarie (WF) (FBI) <alichiello@fbi.gov>
**Cc:** Lee, Lashan S. (DO) (FBI) <LSLee@fbi.gov>
**Subject:** RE: [EXTERNAL EMAIL] - RE: Louis Barham - DOL 3.22.2019

Good Morning,

I was contacted today and informed that Mr. Varaklis appears not to have been an employee of the FBI at the time of the incident. Please be advised that this firm filed suit against Mr. Varaklis in the DC Superior Court, and the attached notice of removal was filed by the US Attorney's office, which contains allegations that Mr. Varaklis was "in the employ of the Federal Bureau of Investigation at the time of the loss" (and includes a Westfall Certification stating the same). Please let me know if you have any additional questions or concerns. Thank you.

*Bradley W. Hines, Esq.*

***WE HAVE MOVED - PLEASE NOTE OUR NEW ADDRESS AS OF 3/28/2020***

SLOCUMB LAW FIRM, LLC
1225 Eye Street, NW

1